# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JASON CONNOLE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ZOE'S KITCHEN, INC., GREG DOLLARHYDE, KEVIN MILES, THOMAS BALDWIN, SUE COLLYNS, CORDIA HARRINGTON, and ALEC TAYLOR,<br><br>Defendants. | Case No. 18-cv-01579-MN<br><br>CLASS ACTION |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Jason Connole ("Plaintiff") voluntarily dismisses the above-captioned action (the "Action") with prejudice as to his individual claims, and without prejudice as to the claims of the putative class. Because this notice of dismissal is being filed before service by the defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

Dated: November 16, 2018

                                                                       **O'KELLY ERNST & JOYCE, LLC**

                                                                       */s/ Ryan M. Ernst*
                                                                         Ryan M. Ernst (#4788)
                                                                         901 N. Market St., Suite 1000
                                                                         Wilmington, DE 19801
                                                                         Tel.: (302) 778-4000
                                                                         Email: rernst@oelegal.com

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly K. Moran
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010
Email: racocelli@weisslawllp.com

**BRAGAR EAGEL & SQUIRE, P.C.**
Melissa A. Fortunato
885 Third Avenue, Suite 3040
New York, New York 10022
Tel: (212) 308-5858
Fax: (212) 486-0462
Email: fortunato@bespc.com

*Attorneys for Plaintiff*